MD JS-6

1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7



FILED
CLERK, U.S. DISTRICT COURT

APR 20 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

8                   UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
9

10  **J & J Sports Productions, Inc.,**          **CASE NO. CV 09-5413 WDK FMOx**

11              **Plaintiff,**                   **[Proposed] ORDER GRANTING
12                                               STIPULATION OF DISMISSAL OF
13              **vs.**                          **PLAINTIFF'S COMPLAINT
                                                 AGAINST DEFENDANTS JASON**
14  **Jason Michael Brennan, et al.,**           **MICHAEL BRENNAN AND
15                                               SOHAYL JON SABOORI,**
16              **Defendants.**                  **individually and, FMH CONSULTING,
                                                 d/b/a THROWBACK'S SPORTS BAR
17                                               & GRILL**
18

19         **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS

20  PRODUCTIONS, INC. and Defendant JASON MICHAEL BRENNAN and SOHAYL

21  JON SABOORI, individually and, FMH CONSULTING, d/b/a THROWBACKS

22  SPORTS BAR & GRILL, that the above-entitled action is hereby dismissed **with**

23  **prejudice** against JASON MICHAEL BRENNAN and SOHAYL JON SABOORI,

24  individually and, FMH CONSULTING, d/b/a THROWBACKS SPORTS BAR &

25  GRILL and subject to the Court's jurisdiction to enforce the settlement agreement

26  reached between the Parties.

27

28  ///

PROPOSED ORDER
ED CV 09-0796 AG AN
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: 4/20/10

The Honorable William D. Keller
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///